IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CONSOLIDATION COAL CO.,

    Plaintiff,

v.                     CIVIL ACTION NO. 1:07-0558

BLUESTONE COAL CORP.,

    Defendant.

## ORDER

For reasons appearing to the court, the hearing scheduled for June 29, 2009, is CANCELLED.

The Clerk is directed to send copies of this Order to all counsel of record.

It is SO ORDERED this 24th day of June, 2009.

ENTER:

_David A. Faber_ (signature)
David A. Faber
Senior United States District Judge