IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CONSOLIDATION COAL CO.,

    Plaintiff,

v.                      CIVIL ACTION NO. 1:07-0558

BLUESTONE COAL CORP.,

    Defendant.

## ORDER

For reasons appearing to the court, a hearing on plaintiff's motion for a permanent injunction is scheduled for August 24, 2009, at 1:30 p.m., in Bluefield. The court will also hold a status conference immediately following the injunction hearing.

The Clerk is directed to send copies of this Order to all counsel of record.

It is SO ORDERED this 22nd day of July, 2009.

ENTER:

_David A. Faber_ (signature)
David A. Faber
Senior United States District Judge